# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: ghom | Date Created: 5/11/2016 |
| Case: 16–03053 | Form ID: SUM | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Ashley McDow      amcdow@bakerlaw.com

TOTAL: 1