# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: ghom | Date Created: 5/11/2016 |
| Case: 16–03053 | Form ID: ODSCY | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Ashley McDow    amcdow@bakerlaw.com

                                  TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Michael Kasolas    Baker & Hostetler LLP    11601 Wilshire Blvd., Ste. 1400    Los Angeles, CA 90025–0509
dft    Avram Cheaney    1305 Laguna Street, #4    San Francisco, CA 94115

                                  TOTAL: 2