Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:         amcdow@bakerlaw.com
                   mdelaney@bakerlaw.com
                   ffarivar@bakerlaw.com

Attorneys for MICHAEL KASOLAS,
Plaintiff and Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHER DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Lead Case No.: 14-30725 DM |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | Jointly Administered and Substantively Consolidated with: |
| Debtor and Debtor in possession. | Case No.: 14-30866 DM |
| x   Affects HASHFAST LLC, a Delaware limited liability company, | Chapter 11 |
| Debtor and Debtor in Possession. | |
| MICHAEL KASOLAS, TRUSTEE OF THE HASHFAST CREDITOR TRUST, | Adv. Case No.: 16-03053 |
| Plaintiff, | **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** |
| v. | Status Conference: |
| AVRAM CHEANEY, | Date:   July 29, 2016<br>Time:   1:30 p.m.<br>Place:  Courtroom 17 |
| Defendant. | U.S. Bankruptcy Court<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which is made applicable to the above-captioned adversary proceeding (the "Adversary") pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, Michael Kasolas, the plaintiff in the Adversary and trustee of the Hashfast Creditor Trust, hereby voluntarily dismisses the Adversary.

Dated: May 17, 2016　　　　　Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Ashley M. McDow*
　　Ashley M. McDow
　　Michael T. Delaney
　　Fahim Farivar

Attorneys for MICHAEL KASOLAS,
Plaintiff and Liquidating Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
The foregoing document will be served by the court via NEF and hyperlink to the document. On May 17, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ashley McDow     amcdow@bakerlaw.com, sgaeta@bakerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 17, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali          Avram Cheaney
PO Box 7341                       1305 Laguna Street, Apt. 4
San Francisco, CA 94120-7341      San Francisco, CA 94115

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On May 17, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 17, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |